# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E2136932 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/5/2024 / 2043 | 17-107(a)(1) |

**Place of Offense:** Porter St Fort Detrick MD

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Driving Uninsured Vehicle

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BRitton | Lavar | marrion |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| IDN3460 | MD | 17 | Toyota/Ravy | | Red |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedman Dr | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2136932*

CVB SCAN 11/29/2024 16:4

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **05 NOV**, 20**24** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of ~~For Maryland~~ **Maryland**

While on patrol, I provided back up for Koharski on a traffic stop on the corner of Porter street and Veterans Drive for a vehicle driving with no head lights. The driver Britton was identified by his Maryland drivers license B-635488585625. The Registration for tag number IDN 3460 came back as ~~expired~~ suspended for an insurance laps since 2021. The vehicle was towed off post by 40 west.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/05/2024**   [signature] PM
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/29/2024 16:4